**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARTIN J. WOLF | Case No. 22-20611CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>CITY OF PITTSBURGH (PARK TAX) | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| CITY OF PITTSBURGH (PARK TAX)<br>C/O JORDAN TAX SERVICE - DLNQ YR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 9/Trustee CID# 23 |

The Movant further certifies that on 11/21/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>MARTIN J. WOLF, 8110 ST. LAWRENCE AVE., PITTSBURGH, PA  15218 | DEBTOR'S COUNSEL:<br>MATTHEW M BRENNAN ESQ, 201 S HIGHLAND AVE STE 201, PITTSBURGH, PA  15206 |
| ORIGINAL CREDITOR'S COUNSEL:<br>GRB LAW, 525 WILLIAM PENN PLACE STE 3110, PITTSBURGH, PA  15219 | ORIGINAL CREDITOR:<br>CITY OF PITTSBURGH (PARK TAX), C/O JORDAN TAX SERVICE - DLNQ YR, 102 RAHWAY RD, MCMURRAY, PA  15317 |
| NEW CREDITOR: | |