**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MARTIN J. WOLF | Case No. 22-20611CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>CITY OF PITTSBURGH (PARK TAX) | Document No __ |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

| | |
|---|---|
| CITY OF PITTSBURGH (PARK TAX)<br>C/O JORDAN TAX SERVICE - DLNQ YR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 9/Trustee CID# 24 |

The Movant further certifies that on 11/21/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>MARTIN J. WOLF, 8110 ST. LAWRENCE AVE., PITTSBURGH, PA  15218 | DEBTOR'S COUNSEL:<br>MATTHEW M BRENNAN ESQ, 201 S HIGHLAND AVE STE 201, PITTSBURGH, PA 15206 |
| ORIGINAL CREDITOR'S COUNSEL:<br>GRB LAW, 525 WILLIAM PENN PLACE STE 3110, PITTSBURGH, PA  15219 | ORIGINAL CREDITOR:<br>CITY OF PITTSBURGH (PARK TAX), C/O JORDAN TAX SERVICE - DLNQ YR, 102 RAHWAY RD, MCMURRAY, PA  15317 |
| NEW CREDITOR: | |