IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-20611-CMB |
| | : | |
| Martin J. Wolf (aka M.J. Wolf) | : | Related to Document No. |
|    Debtor | : | |
| | : | Hearing Date: January 19, 2023 |
| Martin J. Wolf (aka M.J. Wolf) | : | at 1:30 P.M. |
|    Movants | : | Response due: December 27, 2022 |
|         v. | : | |
| American Express National Bank | : | |
|    Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO AVOID JUDICIAL LIEN, DOCUMENT NUMBER 46**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Avoid Judicial Lien filed has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no answer, objection, or other responsive motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Avoid Judicial Lien were to be filed and served no later than December 27, 2022.

It is hereby respectfully requested that the Order attached to the Motion For Avoidance Of Judicial Lien be entered by the Court.

Dated: December 29, 2022.

                                                            /s/Matthew M. Brennan, Esq.
                                                            Matthew M. Brennan
                                                            201 S. Highland Avenue, Suite 201
                                                            Pittsburgh, PA  15206
                                                            PA ID No. 90195
                                                            412-414-9366
                                                            attorneymatthewbrennan@gmail.com