IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-20611-CMB |
| | : | |
| Martin J. Wolf (aka M.J. Wolf) | : | Related to Document No. 45 |
|    Debtor | : | |
| | : | Hearing Date: January 19, 2023 |
| Martin J. Wolf (aka M.J. Wolf) | : | at 1:30 P.M. |
|    Movants | : | Response due: December 27, 2022 |
|          v. | : | |
| American Express National Bank | : | |
|    Respondent | : | |

**ENTERED BY DEFAULT**
**ORDER ON MOTION FOR AVOIDANCE**
**OF JUDICIAL LIEN**

AND NOW, to wit, this __29th__ day of __December, 2022__, ~~2023~~ on Motion of the Debtor for Avoidance of Judicial Lien it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that the Judicial Liens of the Respondent, American Express National Bank, docketed at AR-20-001239 in the Court of Common Pleas of Allegheny County in the face amount of $25,412.15, and the second case docketed at AR-21-000747 in the Court of Common Pleas of Allegheny County in the face amount of $17,469.70 are hereby avoided pursuant to §522(f)(1)(A) as a lien on the Debtor's real estate located at block and lot #41-F-62 and lot #41-B-343.

**IT IS FURTHER ORDERED** that the Debtor may record this Order with the Court of Common Pleas of Allegheny County to evidence the fact that the liens of the Respondent, American Express National Bank, are avoided and does not lien or impair their interest in the real estate above.

FILED
12/29/22 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT

_Carlota M. Böhm_ dmk

UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-20611-CMB |
| Martin J. Wolf | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Martin J. Wolf, 8110 St. Lawrence Ave., Pittsburgh, PA 15218-1714 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 31, 2022 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Matthew M. Brennan | on behalf of Debtor Martin J. Wolf attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7